| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
### Chapter 13 Case No. 20-10498 / MBK

Resul Kaja

Petition Filed Date: 01/13/2020
341 Hearing Date: 02/13/2020
Confirmation Date: 06/10/2020

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/04/2020 | $600.00 | 26197175878 | 03/02/2020 | $600.00 | 66058870 | 04/01/2020 | $600.00 | 66796830 |
| 05/04/2020 | $600.00 | 67626710 | 06/02/2020 | $600.00 | 68368910 | 07/02/2020 | $600.00 | 69137880 |
| 08/03/2020 | $600.00 | 69866900 | 09/02/2020 | $600.00 | 70597640 | 10/02/2020 | $600.00 | 71321140 |
| 11/03/2020 | $600.00 | 72083450 | 12/03/2020 | $600.00 | 72810050 | 01/04/2021 | $600.00 | 73515280 |
| 02/05/2021 | $1,242.00 | 74340420 | | | | | | |

**Total Receipts for the Period:  $8,442.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $8,442.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Resul Kaja | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel Straffi, Esq. <br> »» ATTY DISCLOSURE | Attorney Fees | $4,400.00 | $4,400.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC <br> »» 97 MITSUBISHI DIAMAN | Unsecured Creditors | $8,281.06 | $0.00 | $8,281.06 |
| 2 | MERRICK BANK | Unsecured Creditors | $632.99 | $0.00 | $632.99 |
| 3 | NEW YORK STATE <br> »» 2014-2017; 2019 | Priority Crediors | $26,285.43 | $0.00 | $26,285.43 |
| 4 | NEW YORK STATE <br> »» 2014-2017 | Unsecured Creditors | $6,301.20 | $0.00 | $6,301.20 |
| 5 | CAPITAL ONE, NA <br> »» KOHL'S | Unsecured Creditors | $516.74 | $0.00 | $516.74 |
| 6 | SANTANDER CONSUMER USA INC <br> »» 2014 HYUNDAI SANTA FE/DEF BAL | Unsecured Creditors | $8,892.05 | $0.00 | $8,892.05 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,430.90 | $0.00 | $4,430.90 |
| 8 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $929.84 | $0.00 | $929.84 |
| 9 | Metro City Bank <br> »» P/5 REMSEN DRIVE/1ST MTG | Mortgage Arrears | $17,738.11 | $1,643.80 | $16,094.31 |

**Chapter 13 Case No. 20-10498 / MBK**

| | | |
|---|---|---|
| **SUMMARY** | | |

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,442.00 | Plan Balance: | $58,451.00 ** |
| Paid to Claims: | $6,043.80 | Current Monthly Payment: | $1,242.00 |
| Paid to Trustee: | $668.56 | Arrearages: | $0.00 |
| Funds on Hand: | $1,729.64 | Total Plan Base: | $66,893.00 |

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

• **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**